**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-1229**

———————

CARMAN WILLIAMS MURRAY, a/k/a Carman Y.
Williams,

                                    Plaintiff - Appellant,

        versus

JULIUS MURRAY, SR.,

                                    Defendant - Appellee,

        and

MARNE SHERMAN; SHERMAN & BOUKNIGHT,

                                    Defendants.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (CA-02-1050-3-22BD)

———————

Submitted:  April 15, 2004          Decided:  April 22, 2004

———————

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Carman Williams Murray, Appellant Pro Se.  Julius Murray, Sr.,
Appellee Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carman Williams Murray appeals the district court's order accepting the recommendation of the magistrate judge to grant summary judgment to Julius Murray and dismiss her tort claims as meritless. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Murray v. Murray, No. CA-02-1050-3-22BD (D.S.C. Feb. 13, 2004). We deny the Appellant's motion to strike Appellee's brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED